# EXHIBIT A

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

November 13, 2015

Date Of Recordation

9930                                                104

Volume                                          Doc. No.

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Privacy Act Notice:** Sections 205 and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for recordation. By providing this information, you are agreeing to routine uses of the information that include publication to give legal notice of your recordation pursuant to 17 U.S.C. §§ 205 and 705. The information will appear in the Office's online Public Catalog. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS**

## Form DCS (Document Cover Sheet)
**For Recordation of Documents under 17 U.S.C. §205**

UNITED STATES COPYRIGHT OFFICE

Volume  **9930**   Document  **104**

Volume  _____   Document  _____

Date of recordation   M _____ D **NOV 1 3 2015** Y
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received  _____

---

To the Register of Copyrights:  Please record the accompanying original document or its properly certified copy.

**1** First party name given in the document
James Mtume

**2** First title given in the document
(IMPORTANT: Please read instruction for this and other spaces.)
Juicy fruit; pt. 2 (reprise); Juicy fruit

**3** Total number of titles in the document   1

**4** Return receipt requested   ☑ If checked, please enclose a self-addressed postage-paid envelope.

**5** Electronic title list enclosed   ☐ If checked, please enclose an acceptable digital storage medium containing a properly formatted title list.

**6** Amount of fee calculated   $105

**7** Fee enclosed   ☑ Check          ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account
Deposit account number  _____
Deposit account name  _____

**8** Completeness of document   ☑ All attachments referenced in this document are included.
☐ One or more attachments referenced in this document is missing but (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**9** Certification of photocopied documents
Complete this certification if a photocopy of the original signed document is being submitted instead of the document bearing the actual original signature.
**NOTE:** This space may not be used for documents that require an official certification.
I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.
Signature  _____   Date  _____
Duly authorized agent of  _____

**10** Return to
Name  David B. Rosemberg, Esq.
Number/street  2 South Biscayne Blvd.   Apt/suite  2100
City  Miami   State  FL   Zip  33131
Phone number  305.373.9400   Fax number  _____
Email  drosemberg@broadandcassel.com

**SEND TO:** Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6000
**INCLUDE ALL OF THESE TOGETHER:** (1) two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; (3) your document; (4) if a return receipt is requested, a self-addressed postage-paid envelope; (5) if enclosing an electronic title list, an acceptable digital storage medium containing a title list in the prescribed format.

FORM DCS   REVIEWED: 11/2014   Printed on recycled paper



ONE BISCAYNE TOWER
2 SOUTH BISCAYNE BLVD
21ST FLOOR
MIAMI FL 33131
TELEPHONE 305 373 9400
FACSIMILE 305 373 9443
WWW BROADANDCASSEL.COM

July 6, 2015

Sony Music Entertainment
Attn. David Jacoby
550 Madison Avenue
New York, NY 10022
Vice President Business and Legal Affairs

> **Re:** *Notice of Termination pursuant to 17 U.S.C. § 203*

Dear Mr. Jacoby:

Please be advised that, pursuant to Section 203 of the Copyright Act and corresponding provisions of the Code of Federal Regulations (37 C.F.R. § 201 10), I hereby terminate the grant of the United States copyrights by James Mtume to CBS Records, a Division of CBS, Inc with respect to the sound recordings, as set forth below·

1   Name and address of each grantee or each of the grantee's successors whose rights are being terminated

Sony Music Entertainment,
as successor in interest to CBS Records, a Division CBS, Inc
550 Madison Avenue
New York, New York 10022

2   Date of execution of the grant of rights being terminated  August 27, 1979

3   Dates of publication under the grant of rights

(a)   05/19/1978
(b)   09/12/1980
(c)   02/15/1983

4.   Titles of Sound Recordings under the grant of rights

(a)   Kiss this world goodbye
(b)   In search of the rainbow seekers
(c)   Juicy fruit, pt  2 (reprise), Juicy fruit

Sony Music Entertainment
June 26, 2015
Page 2

5.    Name of author that executed the grant of rights being terminated:  James Mtume

6.    Copyright Registration Numbers:

   (a)    SR0000002379
   (b)    SR0000023362
   (c)    SR0000044844

7.    Grant of rights to which this notice of termination applies:

The grant to which this termination notification applies is described on the form used as an "Agreement" dated June 24, 1977 by and between Zembu Productions, Inc. and Mtume (Artist).  This Agreement was subsequently assigned to CBS Records by agreement dated August 27, 1979 [CRU 79-454.1(a)(1)].  This termination applies to any and all grants or transfers of copyright and all rights of the copyright proprietor, including, without limitation, publication and recording rights to the sound recordings set forth herein.

8.    Effective dates of termination:

   (a)    July 6, 2017
   (b)    September 12, 2017
   (c)    April 23, 2018

9.    Termination being exercised by:  James Mtume


By: _____    Date:_____
     James Mtume

   c/o Broad and Cassel
      2 South Biscayne Blvd.
      Suite 2100
      Miami, Florida  33131