UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JAMES MTUME,

*Plaintiff*,

v.

SONY MUSIC ENTERTAINMENT, a Delaware partnership,

*Defendant*.

Case No. 1:18-cv-06037-ER

**DECLARATION OF ANDREW H. BART IN SUPPORT OF DEFENDANT SONY MUSIC ENTERTAINMENT'S OPPOSITION TO THE MOTION OF PLAINTIFF JAMES MTUME TO DISMISS DEFENDANT'S COUNTERCLAIMS**

I, Andrew H. Bart, hereby declare, pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.9 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, that the following is true and correct:

1. I am a partner with the law firm of Jenner & Block LLP, counsel for Defendant Sony Music Entertainment ("Sony"). I am admitted to practice in this Court. I submit this declaration in support of Sony's Opposition to the Motion of Plaintiff James Mtume to Dismiss Defendant's Counterclaims. The statements made in this declaration are based on my personal knowledge or on information provided to me by colleagues or other personnel working under my supervision on this case or materials contained in files maintained by Sony in the ordinary course of business related to this matter. If called upon to testify as a witness, I would testify as to the following:

2. Submitted herewith as **Exhibit A** is the agreement entered into between Zembu Productions, Inc. and James Mtume that is dated June 24, 1977.

- 2 -

3. Submitted herewith as **Exhibit B** is the agreement entered into between Ifland Corporation and CBS Records that is dated October 21, 1983.

4. Submitted herewith as **Exhibit C** is a New Jersey Business Status Report for Ifland Corporation from the Business Records Service of the Division of Revenue and Enterprise Services for the State of New Jersey dated January 31, 2020.

I declare under penalty of perjury that the foregoing is true and correct.


New York, New York
Dated: February 3, 2020

By:   /s/ Andrew H. Bart
      Andrew H. Bart