# Exhibit C

```
Status Report For:      IFLAND CORPORATION
Report Date:            1/31/2020
Confirmation Number:    200311917762
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:     0100134269
Business Type:          DOMESTIC PROFIT CORPORATION
Status:                 VOID BY PROCLAMATION
Original Filing Date:   03/03/1981
Stock Amount:           100
Home Jurisdiction:      NJ
Status Change Date:     09-01-1988
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start Date:   N/A
DOR Suspension End Date:     N/A
Tax Suspension Start Date:   09-01-1988
Tax Suspension End Date:     N/A
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:         MARCH
Last Annual Report Filed:    N/A
Year:                        N/A
```

**AGENT/SERVICE OF PROCESS (SOP)INFORMATION**

```
Agent:                       NO REGISTERED AGENT
Agent/SOP Address:           XXXXX ,XXXXX,NJ,99999
Address Status:              NOT DELIVERABLE
Main Business Address:       N/A
Principal Business Address:  N/A
```

**ASSOCIATED NAMES**

```
Associated Name:    MTUME-LUCAS PRODUCTIONS
Type:               FC
```

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | N/A |
| Name: | N/A |
| Address: | N/A |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate) Date: | 1981 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| RESIGNATION OF AGENT | 1984 |
| VOIDED FOR FAILURE TO PAY TAXES | 1988 |
| ALTERNATE NAME FILING | 1981 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.