**ROSEMBERG LAW**

**MEMO ENDORSED**

Beacon Tower of Aventura
20200 W. Dixie Highway, Suite 602
Aventura, Florida 33180
T. 305.602.2008
F. 305.602.0225

**DAVID B. ROSEMBERG, ESQ.**
david@rosemberglaw.com

January 18, 2022

The application is  X  granted
___ denied

_[signature]_
Edgardo Ramos, U.S.D.J.
Dated: January 18, 2022
New York, New York 10007

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re:    Mtume v. Sony Music Entertainment (No. 1:18-cv-06037-ER)*

Dear Judge Ramos:

I regret to inform the Court that plaintiff James Mtume died on January 9, 2022. We are working diligently to substitute an appropriate successor or representative in Mr. Mtume's stead. In the meantime, we respectfully request that the Court extend all upcoming deadlines for thirty days to allow Mr. Mtume's estate sufficient time to address this matter. Defendant does not object to this request.

Respectfully submitted,

_[signature]_
David B. Rosemberg