1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

**JENNER&BLOCK** LLP

October 30, 2023

**MEMO ENDORSED**

Andrew H. Bart
Tel (212) 891-1645
Fax (212) 909-0805
ABart@jenner.com

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The request to extend the stay in this matter and in related case No. 20-cv-08648 is granted. Both cases shall remain stayed until December 29, 2023. The telephonic status conference scheduled for November 1, 2023, is adjourned to January 4, 2024, at 11:30 a.m. The parties are reminded to dial 877-411-9748 and enter access code 3029857# when prompted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: October 31, 2023
> New York, New York

Re:   *McBowman v. Sony Music Entertainment* (No. 1:18-cv-06037-ER)

Dear Judge Ramos:

We represent Defendant Sony Music Entertainment in the above-captioned matter. We write on behalf of both parties to request an additional stay of this lawsuit through December 29, 2023. The parties continue to work in good faith to resolve the open issues between them, including issues pertaining to an audit of Sony's accounting records (which are outside of the scope of the pending litigation), and are in the process of scheduling an in-person meeting to discuss the audit issues and settlement more broadly. The parties believe it is in their mutual best interest to agree to a modest, additional stay of this lawsuit to allow them to conserve resources and focus on furthering a potential resolution of this action.

This joint request for a stay through December 29, 2023 is made in good faith and not for purposes of delay. If this request is acceptable to the Court, it may obviate a need for the parties to appear for the status conference currently scheduled for this Wednesday, November 1, at 11 a.m.

Respectfully submitted,

/s/ *Andrew H. Bart*
Andrew H. Bart