1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

JENNER & BLOCK LLP

Andrew H. Bart
Tel (212) 891-1645
Fax (212) 909-0805
ABart@jenner.com

July 10, 2024

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *McBowman v. Sony Music Entertainment* (No. 1:18-cv-06037-ER)

Dear Judge Ramos:

We represent Defendant Sony Music Entertainment in the above-captioned matter. We write on behalf of both parties to request an additional extension of the current stay period until August 26, 2024. The parties have been actively engaged in settlement discussions and have made substantial progress; however, the parties request a modest, additional stay to resolve the remaining issues between them.

This joint request to extend the stay of this litigation through August 26, 2024, is made in good faith and not for purposes of delay. If this request is acceptable to the Court, it may obviate a need for the parties to appear for the status conference currently scheduled for this Friday, July 12, at 11:30 a.m.

Respectfully submitted,

/s/ *Andrew H. Bart*
Andrew H. Bart

> The request to extend the stay in this matter and in related case No. 20-cv-08648 is granted. Both cases shall remain stayed until August 26, 2024. The telephonic status conference scheduled for July 12, 2024, is adjourned to September 5, 2024, at 10:30 a.m. The parties are reminded to dial 877-411-9748 and to enter access code 3029857# when prompted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: July 10, 2024
> New York, New York