

Beacon Tower of Aventura
20200 W. Dixie Highway, Suite 602
Aventura, Florida 33180
T. 305.602.2008
F. 305.602.0225

**DAVID B. ROSEMBERG, ESQ**.
david@rosemberglaw.com

**MEMO ENDORSED**

January 30, 2025

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *McBowman v. Sony Music Entertainment (Case No.: 1:18-cv-06037-ER)*
                    and Case No. 1:20-cv-08648-ER

Dear Judge Ramos:

We represent Plaintiff, Greg McBowman, executor of the Estate of James Mtume. We write on behalf of both parties to request an additional extension of the current stay period through February 28, 2025. The parties continue to actively review and exchange draft settlement papers with the good-faith objective of executing a final set of papers as promptly as possible. Due to the complexity of the settlement, however, the parties respectfully request additional time to work through remaining drafting issues and execute a final set of papers.

This joint request to extend the stay of this litigation through February 28, 2025, is made in good faith and not for purposes of delay. If this request is acceptable to the Court, it may obviate a need for the parties to appear for the status conference currently scheduled for February 6, 2025.

Respectfully submitted,

/s/ *David B. Rosemberg*
David B. Rosemberg

> The request to extend the stay is granted. The case shall remain stayed until February 28, 2025. The telephonic status conference scheduled for February 6, 2025, is adjourned to February 28, 2025 at 10:30 a.m. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: January 31, 2025
> New York, New York

www.rosemberglaw.com